**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Chertoff, Secretary
Dept. of Homeland Security
Washington. D.C. 20528

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery NOV [illegible]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DEC 3 2007

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)*

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of U.S. Attorney
219 S. Dearborn St., 5th fl.
Chicago, Illinois 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name) D-STOJANOVIC

C. Date of Delivery 11-26-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

NOV 26 2007

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7001 1140 0003 1498 4180

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Emilio T. Gonzalez, Director
Nebraska Service Center
850 "S" Street
Lincoln, Nebraska 68501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery NOV 26 2007

Gerald Heinauer 11/26/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7001 1140 0003 1498 4166

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

USPS - Track & Confirm

Page 1 of 1

# USPS

**UNITED STATES POSTAL SERVICE®**

Home | Help

## Track & Confirm

### Search Results

Label/Receipt Number: 7001 1140 0003 1498 4159
Status: **Delivered**

Your item was delivered at 7:39 am on November 24, 2007 in WASHINGTON, DC 20520. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.



Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    1/30/2008