UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Anjanaben Patel, et al.
                      Plaintiff,

v.                                             Case No.: 1:07−cv−06521
                                                Honorable Joan H. Lefkow

Emilio Gonzales, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 31, 2008:

      MINUTE entry before Judge Joan H. Lefkow :Status hearing held on 1/31/2008. Plaintiff's oral motion to dismiss without prejudice is granted. Case dismissed without prejudice with leave to reinstate by 4/1/2008. If plaintiff does not move to reinstate by 4/1/2008, dismissal will become a dismissal with prejudice without further order of the court. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.